UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2662 ODW(FFMx) | Date | March 23, 2010 |
|---|---|---|---|
| Title | Shel Bachrach et al v. Connecticut General Life Insurance Company et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Vacating Court Trial;**

**Order to Show Cause Re Settlement**

In light of the Notice of Settlement [32] filed by Plaintiff, the Court Trial scheduled for March 30, 2010 is hereby VACATED.

The Court sets an Order to Show Cause Re Settlement Hearing for **Monday, May 3, 2010 at 1:30 p.m.** The Order Show Cause Re Settlement and the hearing thereon will be automatically VACATED upon the filing of a stipulation and proposed order of dismissal, or a written response stating why settlement has not been finalized, either response to be filed on or before **Wednesday, April 28, 2010.**

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |